No. 10–8889. DORSEY v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 10–8900. GAUTIER v. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 10–8903. GUILAS v. BRAUER ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8913. MASSEY v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 10–8921. ELLIS v. PALMER, WARDEN, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 10–8929. GODFREY v. WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–8954. HOWELL v. HEATH, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–8958. GIBSON v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–8961. MAREK v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8978. LORRENTE ECHAVARRIA v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 10–8980. SISNEY v. KATZ ET AL. Sup. Ct. S. D. Certiorari denied.

No. 10–8981. BREWER v. ADAMS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8991. FITZGERALD v. KELLY, WARDEN. C. A. 4th Cir. Certiorari denied.